

# THE THIRTEENTH COURT OF APPEALS

## 13-12-00720-CV

AGD, L.P. AND ANABELL CARDONA
v.
QUEST PRINCIPAL INVESTMENTS, INC., JUAN LEAL, RAUL A. PENA, MD, RUBEN CASTILLA AND RSRA, L.P.

On Appeal from the
332nd District Court of Hidalgo County, Texas
Trial Cause No. C-1526-08-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

November 20, 2014